HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Attorney
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
rachelle.barbour@fd.org
916-498-5700/Fax 916-498-5710

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.  Mag. No. 09-260-CKD |
| Plaintiff, | ) |
| v. | ) MOTION FOR EXONERATION OF<br>) PROPERTY BOND; [proposed] ORDER |
| MICHAEL RONELL USSERY, | ) Judge: Hon. Carolyn K. Delaney |
| Defendant. | ) |

On September 16, 2009, Mr. Ussery was ordered released by this Court on an appearance bond secured by a deed of trust on property owned by Lether Jones.  (Docs. 7, 8, 9.)  That deed of trust was posted in this District on September 28, 2009.  Mr. Ussery's criminal case was from the Southern District of Illinois; he had his initial appearance in this district under Federal Rule of Criminal Procedure 5.  Mr. Ussery pled guilty in Illinois and was sentenced in that case on March 15, 2010.  (Cr. S. 09-40066-GPM (W.D. Ill.), Doc. 26.)  (Exh. A.)  Mr. Ussery was in compliance with his terms of release and allowed to self-surrender on his sentence.  BOP shows that Mr. Ussery did surrender for his sentence and was released on January 31, 2014.  (Exh. B.)

Defense attorney has received a call from Chicago Title about the bond, which was never exonerated.  Accordingly, defense counsel moves for the exoneration of the property bond filed in this case.

//

US v. USSERY
Motion/Order Exonerating Bond

For the Court's convenience, a proposed order is attached. It is respectfully requested that the Order be served on the Clerk's Offices in both the Eastern District of California and the Southern District of Illinois.

Dated: April 1, 2016

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

/s/ Rachelle Barbour
RACHELLE BARBOUR
Attorney

## ORDER

The property bond previously posted by Lether Jones in this District (Doc. 9, DOT #2009297031) to secure the release of Michael Ronell Ussery is hereby EXONERATED, and the deed of trust is ordered reconveyed to the surety, Lether Jones. This Order is to be served on the Clerk's Offices in both the Eastern District of California and the Southern District of Illinois.

IT IS SO ORDERED.

Dated: April 1, 2016

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

US v. USSERY
Motion/Order Exonerating Bond